| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** **FOR CALENDAR YEAR 2004** | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) <br><br> Isbü, Anthony W | 2. Court or Organization <br><br> Eastern District of California | 3. Date of Report <br><br> 3/21/2005 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> U.S. District Judge - Active | 5. ReportType (check appropriate type) <br><br> ○ Nomination Date <br> ○ Initial  ● Annual  ○ Final | 6. Reporting Period <br><br> 1/1/2004 <br> to <br> 12/31/2004 |
| 7. Chambers or Office Address <br><br> U.S. District Court <br> 1130 O Street <br> Fresno, CA 93721 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only, see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Director | Assn. of Business Trial Lawyers, San Joaquin Valley Chapter |

## II. AGREEMENTS. (Reporting individual only, see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | 1983 | Fresno County Retirement System; retirement benefits based upon age and years of service |
| 2. | 1994 | California Judges Retirement System; retirement benefits based upon age and years of service |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | California State University Fresno |
| 2. | 2004 | County of Fresno, California |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | State Bar of California | Jan. 24 - Santa Monica, CA - Litigation Section Meeting (Transportation, Meal) |

V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |

VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ishii, Anthony W | 3/23/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Ishii Bros., Inc. Common Stock | B | Dividend | N | U | | | | | |
| 2. Morgan Stanley Trust Liq. Asset Fund | A | Dividend | J | T | | | | | |
| 3. Morgan Stanley Trust Liq. Asset Fund | A | Dividend | J | T | | | | | |
| 4. Van Kampen Comstock B | A | Dividend | J | T | | | | | |
| 5. Am. Ret. Villas Prop. II | | None | J | T | | | | | |
| 6. Rancon Realty Fund V | A | Dividend | J | T | | | | | |
| 7. Morgan Stanley Trust Liq. Asset Fund | A | Dividend | J | T | | | | | |
| 8. Wells Fargo Bank Accounts | A | Interest | J | T | | | | | |
| 9. Thames River Assoc. Limited Partnership | | None | K | T | | | | | |
| 10. ING MidCap Opportunities Fund former ING Grw & Val Fund CL C | | None | J | T | Merger | 03/25 | J | | See note in Part VIII |
| 11. Phoenix Growth & Income FD CL B | | None | J | T | Partial Sell | 01/08 | J | | |
| 12. Davis Series, Inc Financial Fund | | None | | | Sell | 01/23 | K | | |
| 13. Dreyfus Premier Technology Growth Fund | | None | J | T | | | | | |
| 14. Munder Framlington Health Care Fund | | None | | | Sell | 01/08 | J | | |
| 15. Putnam New Opportunities Fund | | None | | | Sell | 01/06 | J | | |
| 16. AIM Large Cap Growth Fund | | None | J | T | | | | | |
| 17. Davis New York Venture B | | None | J | T | | | | | |
| 18. Pimco Renaissance Fund Class B | | None | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$6,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ishii, Anthony W | 3/21/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Pimco Low Duration Fund CL C | A | Dividend | K | T | | | | | |
| 20. Fresno County Federal Credit Union Account | A | Interest | J | T | | | | | |
| 21. Equitable Life Insurance Co. of Iowa | A | Interest | K | T | | | | | |
| 22. American General Life Ins. Co. | A | Interest | J | T | | | | | |
| 23. American Opportunities FD B | | None | J | T | | | | | |
| 24. Templeton Foreign Fund B | A | Dividend | J | T | | | | | |
| 25. LIR Premier Money Market Fund | A | Dividend | | | Sell | 06/15 | J | | |
| 26. Seligman Communication & Information CL B | | None | J | T | | | | | |
| 27. Munder Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 28. Teva Pharmaceuticals | | None | | | Sell | 01/23 | K | B | |
| 29. Teradyne Inc. | | None | K | T | Buy | 01/06 | K | | |
| 30. | | None | | | Sell | 01/22 | K | B | |
| 31. | | None | J | T | Buy | 02/03 | J | | |
| 32. Pimco PEA Renaissance Fund CL C | | None | J | T | Buy | 01/28 | J | | |
| 33. Broadcom Corp. | | None | K | T | Buy | 02/03 | K | | |
| 34. Emulex Corp. | | None | J | T | Buy | 02/03 | J | | |
| 35. Comcast Corp. | | None | K | T | Buy | 02/05 | K | | |
| 36. Intel Corp. | A | Dividend | J | T | Buy | 02/05 | K | | |

1. Income/Gain Codes    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   See Columns C1 and D3)    N = $250,000-$500,000    ● = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ishii, Anthony W | 3/21/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Asset (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Fidelity CMF Prime Fund - Capital Reserves Class | A | Dividend | K | T | Buy | 06/15 | J | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

## VIII  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

Part VII. INVESTMENTS and TRUSTS

Entry number 10; ING MidCap Opportunities Fund was previously reported in my Financial Disclosure Report for calendar year 2003 as ING Grw & Val Fund CL C. At a special meeting of shareholders on March 25, 2004, the shareholders voted to approve an agreement and plan of reorganization providing for the merger of the ING Grw & Val Fund CL C with and into the ING MidCap Opportunities Fund.

Entry number 28, Teva Pharmaceuticals was previously reported in my Financial Disclosure Report for calendar year 2003 as a value code J under section D(3). It should have been reported as a value code K. I have reported the correct value code in my current report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _March 21, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544